UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2014
```

UNITED STATES OF AMERICA

-v-

MICHAEL KIMELMAN,

                Defendant.

No. 10-cr-56 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant Michael Kimelman's pro se motion seeking early termination of supervised release. (Doc. No. 310.) Accordingly, IT IS HEREBY ORDERED THAT the government shall respond to the motion by December 1, 2014.

SO ORDERED.

Dated:     November 17, 2014
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE