

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

June 3, 2015

<u>VIA CM/ECF</u>

The Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Zvi Goffer et al.*, No. 10 Cr. 56 (RJS)

Dear Judge Sullivan:

      I represent defendant Michael Kimelman in the above-captioned case.  On March 12, 2015, Mr. Kimelman filed his Motion Pursuant to 28 U.S.C. § 2255 to Vacate His Conviction and Sentence, and the motion is now fully briefed.  I write to respectfully request that the Court schedule oral argument on Mr. Kimelman's motion.

                    Respectfully submitted,

                    /s/ Alexandra A.E. Shapiro

                    Alexandra A.E. Shapiro

cc:    AUSA Brian Blais (via CM/ECF)